

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-22-00127-CR

The **STATE** of Texas,
Appellant

v.

Bryan Leonel Rodriguez **MEJIA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10372CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

Appellee's brief originally was due on May 5, 2022. Appellee requested and was granted a seven-day extension until May 12, 2022. On May 12, 2022, appellee filed an unopposed motion requesting a twenty-day extension of time. The motion is GRANTED, and appellee is ORDERED to file his brief **no later than June 2, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court